SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF _Onondaga_

Laseir Graves

_____

_____

(Names of Plaintiff(s)/Petitioner(s))

vs

Syracuse Police

Department

_____

(Names of Defendant(s)/Respondent(s))

Doc ID: 061592580002 Type: COU
Kind: SUPREME
Recorded: 02/24/2026 at 02:06:54 PM
Fee Amt: $0.00 Page 1 of 2
Onondaga County, NY
Emily Essi Bersani County Clerk

SU-2026-002054

Summons    RECEIVED

Index No. _____ FEB 26 2026
9:05
Office of the Corporation Counsel
Initials  NS

---

To the Person(s) Named as Defendant(s) Above:

PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated: __2/24/2026__ . 20__
(Date of Summons)

Laseir Graves
(Plaintiff(s) name - person bringing on lawsuit)
1116 Butternut St
(Plaintiff(s) street address)
Syracuse NY 13208
(Plaintiff(s) city, state, zip)
680-302-7484
(Plaintiff(s) telephone no.)

Syracuse Police Department
(Defendant(s) name - person(s) sued)
511 South state street
(Defendant(s) street address)
Syracuse, NY 13202
(Defendant(s) city, state, zip)

Venue:    Plaintiff(s) designate(s) _Onondaga_ County as the place of trial. The basis of this designation is: (Enter County above; then select one category below, listing specific County)

☐    Plaintiff(s)' Residence in _Onondaga_ County.
☐    Defendant(s)' Residence in _Onondaga_ County.
☐    Other -- Describe: _____.

NOTE: THIS FORM OF SUMMONS MUST BE SERVED WITH A COMPLAINT

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF
-------------------------------------------------------------------X

Lasir Plaintiff,                                  Index No._____
Graves
- against -

Syracuse Police Department              **COMPLAINT**



                                    Defendant.
-------------------------------------------------------------------X

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, _Lasir Graves_____, respectfully

shows and alleges as follows:

(Read on Pages 1-5)

Dated: 2/24/26

Lasair Graves
Plaintiff

## VERIFICATION

I Lasair R Graves , being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters

3

therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_____
**Signature**

_____
Print Name

Sworn to before me this
___ day of _____ 20 ___

_____
Notary Public

JULIE ANTONIOU
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01AN0044743
Qualified in Onondaga County
Commission Expires 12/16/2029

(ATTORNEY-READY)
Violation of Constitutional Rights - Police Misconduct, Harassment, and Retaliation

Complainant:
[ La' Seir R Graves 12/28/2005]

On Behalf Of:
Myself and my mother

Law Enforcement Agency Involved:
Syracuse Police Department (SPD)

Location of Incidents:
Syracuse, New York

□

## I.   INTRODUCTION

This complaint is submitted to report ongoing and egregious police misconduct, harassment, discriminatory treatment, false arrest, and retaliation committed by officers of the Syracuse Police Department. The conduct described herein constitutes a sustained pattern and practice of abuse of authority, deliberate indifference to the safety of victims of violent crime, and unlawful enforcement actions carried out under color of law.

These actions have caused profound physical, emotional, and financial harm to me and my family and have resulted in severe and ongoing trauma. As a direct consequence of the officers' conduct, we no longer feel safe or protected, and we reasonably fear seeking assistance from law enforcement in any circumstance. The loss of trust in those sworn to protect the public has left us effectively without recourse or protection.

I live in constant fear for my personal safety, my freedom, and my future, under the ongoing threat of further harassment, retaliation, or unlawful arrest. This sustained course of conduct has deprived me and my family of our constitutional rights, inflicted lasting psychological distress, and created an environment of intimidation that continues to impact every aspect of our daily lives.

□

## II.   INCIDENT #1 - FALSE ARREST & FAILURE TO PROTECT A VIOLENT CRIME VICTIM

Date: November 12, 2023
Time: Approximately 12:16 AM
Location: South Valley neighborhood, Syracuse, NY
Responding Agency: Syracuse Police Department
Officers Involved: Approximately five (5) SPD patrol vehicles responded
Officer Names/Badge Numbers: Unknown at this time

Statement of Facts
On the above date, my mother was searching for our family dog, which had previously been stolen in our neighborhood and found before. While going door to door asking residents for information, she was violently attacked by multiple individuals.

As a result of this assault, my mother sustained serious injuries, including traumatic brain injury, severe trauma, multiple surgeries, long lasting physical and psychological harm causing restless nights and social anxiety.

When Syracuse Police Department officers arrived on scene, they failed to properly investigate the assault or treat my mother as a victim of a violent crime without proper investigation. Instead, Officers escalated the situation by using aggressive and threatening language and wrongfully detaining my mother without properly identifying her, which led to her being arrested under another person's identity with a criminal record, causing significant trauma. Officers then denied their identities, gave conflicting accounts of the incident, and continued to wrongfully arrest her.

Despite clear evidence that my mother had been assaulted, officers arrested her and charged her with criminal possession and harassment. The individuals who attacked her were never arrested, questioned, or held accountable in any way. They were not even spoken to at the scene. Instead, we were left without our dog, while my mother who was only desperately searching for our family dog, was aggressively arrested and left hospitalized. This experience was deeply frightening, traumatic, and left our family feeling helpless and unjustly treated.

Officer Misconduct Observed
- Failure to protect and assist a victim of violent crime
- Unlawful detention and false arrest
- Use of aggressive and intimidating conduct
- Discriminatory and biased treatment
- Failure to investigate or pursue known assailants

Outcome
- Arrest and criminal charges filed against the victim
- No arrests or accountability for the attackers
- Continued trauma and harm to my mother and family

Evidence Available
- Video recordings
- Witness statements
- Police reports
- Body-worn camera footage (believed to exist and requested)

☐

III.   INCIDENT #2 - CONTINUED HARASSMENT & TARGETING

Date: August 28, 2025

Time: Approximately 6:01 PM
Location: Syracuse, New York
Responding Agency: Syracuse Police Department
Officers Involved: Approximately five (5) SPD patrol vehicles

Identified Officers:
- P.O. Kittelberger, Badge #1366
- P.O. Harriman, Badge #1314

Statement of Facts

This incident reflects a continuation of the same pattern of misconduct previously experienced by my family. Officers again engaged in harassing, intimidating, and discriminatory conduct, reinforcing a sustained practice of targeting me and my family rather than providing lawful, neutral, and professional police services. I was subjected to an abuse of power when I was allegedly pulled over for "illegal window tint." During this stop, the officers listed above proceeded to conduct an illegal search and seizure, with approximately five marked police vehicles present at the scene. No lawful justification or consent was provided for this search. During this stop, the officers listed above unlawfully removed me from the vehicle without any proof of probable cause, consent, or lawful justification.

Later, the same officer changed the stated reason for the traffic stop, claiming it was for an entirely different violation. The officer further denied that any search had occurred, despite clear evidence to the contrary, and made false statements in an apparent attempt to manipulate the narrative and avoid accountability.

☐

## IV.   PATTERN AND PRACTICE OF HARASSMENT

The incidents described above are not isolated. Over multiple years, the Syracuse Police Department has engaged in repeated conduct toward me and my family that includes:
- False accusations and wrongful arrests
- Repeated harassment and intimidation
- Discriminatory enforcement
- Failure to protect us as victims of crime
- Retaliatory actions following prior police encounters

The repeated involvement of multiple officers, escalation of encounters, and consistent criminalization of victims demonstrates a systemic pattern of civil rights violations rather than isolated misunderstandings.

☐

## V.   CONSTITUTIONAL AND CIVIL RIGHTS VIOLATIONS

The conduct described constitutes violations of the following, including but not limited to:
- Fourth Amendment – Unlawful seizure, detention, and false arrest

* Fourteenth Amendment – Denial of due process and equal protection
* 42 U.S.C. § 1983 – Deprivation of constitutional rights under color of law
* Failure to protect victims of violent crime
* Abuse of police authority and discriminatory enforcement practices

☐

VI.  DAMAGES AND IMPACT

As a direct and proximate result of SPD's actions, I and my family have suffered:
* Emotional distress: fear, anxiety, depression, pain, and suffering, long lasting trauma, ptsd, fright, worry and a major impact to me and my family's social life as the trauma continues.
* Physical harm: severe injuries to my mother, including traumatic brain injury, multiple surgeries, and multiple broken bones
* Financial losses: medical expenses, lost income, missed work, lost jobs & business, vehicles, school and legal costs
* Ongoing trauma: continued fear of police interaction and retaliation

☐

VII.  REQUESTED RELIEF

I respectfully request:
1. A full and independent investigation into the officers involved
2. Appropriate disciplinary action where violations are found
3. Policy review, corrective action, and training reforms within SPD
4. Financial compensation for injuries and damages suffered
5. Protection from further harassment, targeting, or retaliation

☐

VIII. CONCLUSION

The events detailed in this complaint reveal a devastating and ongoing pattern of abuse, intimidation, and misconduct by the Syracuse Police Department. Instead of offering protection, care, or justice, officers repeatedly escalated situations, ignored clear victims of violent crime, and used their authority to intimidate, criminalize, and traumatize my family. These actions represent not just professional failures, but profound violations of trust and humanity.

Me and my family life was permanently altered as a result of these encounters. My mother suffered severe physical injuries, including traumatic brain injury, broken bones, and multiple surgeries, leaving her with lasting pain, emotional suffering, and psychological trauma. As I suffered mental and emotional distress. Watching her be treated as a

criminal while she was injured, vulnerable, and in need of help is a trauma that continues to haunt our family every day causing us to worry deeply about our safety.

As a result of this repeated mistreatment, we no longer feel safe calling the police in moments of danger or crisis. The very system meant to protect us has become a source of fear, anxiety, and dread. We live in constant worry that any interaction with law enforcement could lead to further harassment, retaliation, or the loss of our freedom or more importantly our lives. This fear is not abstract—it is lived, daily, and deeply ingrained in our lives. We no longer feel protected or safe seeking help from any law enforcement. The very institution meant to serve and protect has instead become a source of fear, anxiety, and ongoing trauma in our lives. Leaving us with both financial, and mental troubles after having to already grow up in traumatic environment including the death of loved ones it makes it even more difficult to live or cope with past trauma as we continue to experience it.

I now live with overwhelming anxiety about my future, my safety, my life and my basic right to exist without being targeted. The stress, fear, and uncertainty have disrupted our mental health, our ability to work, attend school, and to live normal lives as citizens of this country. No family should be forced to choose between seeking help and protecting themselves from those sworn to serve and protect.

This complaint is submitted with the hope that the harm done to my family will finally be acknowledged and taken seriously. We are seeking accountability not only for ourselves, but to prevent other families from experiencing the same trauma, fear, and injustice. Meaningful investigation, corrective action, and systemic change are urgently needed to stop this cycle of abuse and restore dignity, safety, and constitutional rights to those the police are entrusted to protect.

IX.    DECLARATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signature: _____
Printed Name: Lisa̱ic Greaves
Date: 1/20/26